THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KENYATTA JAMES, Also Known as NATE BEANDER, Respondent.

Submitted March 21, 2016; decided May 10, 2016

Motion for reconsideration of this Court's February 11, 2016 dismissal order denied [see 26 NY3d 1118 (2016)].

Judge GARCIA taking no part.

THOMAS PERKINS et al., Respondents, v PHILIP BARRY, Appellant, et al., Defendants.

Decided May 10, 2016

Appeal, insofar as taken from that portion of the Appellate Division order which dismissed appellant's appeal, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remaining portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution.